# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148742

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RALPH LEE MEREDITH, JR.,
      Defendant-Appellant.

SC: 148742
COA: 311814
Wayne CC: 12-002344-FH

_____/

      On order of the Court, the application for leave to appeal the December 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

d0721